271 U.S. 661
 46 S.Ct. 474
 70 L.Ed. 1138
 Clement GUNN, petitioner,
v.
The UNITED STATES of America.
 No. 1013.
 Supreme Court of the United States
 April 19, 1926*
 
 Messrs. Vance J. Higgs and James E. Carroll, both of St. Louis, Mo., for petitioner.
 
 
 1
 Messrs. William D. Mitchell, Sol. Gen., of Washington, D. C., Oscar R. Luhring, Asst. Atty. Gen., and Harry S. Ridgely, of Washington, D. C., for the United States.
 
 
 2
 Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.
 
 
 
 *
 Application under Judicial Code, § 240(a) U. S. Comp. St. Supp. 1925, § 1217, prior to decision by Court of Appeals.